UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MB FOOD PROCESSING, INC.,

              Plaintiff,

-against-

ABDELKADER FEDHAL, et al.,

              Defendants.

**ORDER**

24-CV-02989 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    The parties are directed to, by **January 17, 2025**, file a letter via ECF advising the Court of the status of this action.

Dated: White Plains, New York
        January 13, 2025

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge